IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ALLISON LAMM )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DEVAUGHN JAMES, L.L.C. )<br>    Defendant. ) | Case No. 6:18-CV-1124-JTM-TJJ |

## NOTICE OF APPEAL

Notice is hereby given that Allison Lamm, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgement entered in this action on July 10, 2019 (Doc. 58), upon the Memorandum and Order of July 10, 2019 granting summary judgment and denying Plaintiff's Motion to Strike (Doc. 57). Plaintiff appeals any and all appealable issues underlying the Judgment.

Date: <u>August 9, 2019</u>

                      Respectfully submitted,

                      MCKEE LAW, L.L.C.

                      <u>/s/ Aaron C. McKee</u>
                      Aaron C. McKee                  KS # 20889
                      MCKEE LAW, LLC
                      222 South Cherry Street
                      Olathe, Kansas 66061
                      Phone: (913) 768-6400
                      Facsimile: (913) 768-6420
                      aaronmckee@ksmoemploymentlaw.com

                      **ATTORNEY FOR PLAINTIFF ALLISON LAMM**

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served and transmitted on August 9, 2019, to the following:

**Mitchell L. Herren, Hinkle Law Firm, LLC, 1617 North Parkway, Suite 400, Wichita, Kansas 67206, (316) 267-2000, mherren@hinklaw.com, Attorney for Defendant**

☐ US mail  ☒ Electronic Mail  ☒ CM/ECF  ☐ Facsimile

**Jeffrey A. Wilson, Hinkle Law Firm, LLC, 1617 North Parkway, Suite 400, Wichita, Kansas 67206, (316) 267-2000, jwilson@hinklaw.com, Attorney for Defendant**

☐ US mail  ☒ Electronic Mail  ☒ CM/ECF  ☐ Facsimile

/s/ Aaron C. McKee